ISAAC P. HARRIS, Respondent, *v.* ROBERT S. DARBEE, as Substituted Trustee under the Will of KARL EUCHEN-HOFER et al., Appellants.

(Submitted March 19, 1934; decided April 17, 1934.)

*Robert L. Callahan* and *James J. McLoughlin* for appellants.

*Herman B. Forman, Richard A. Geis* and *Thilo C. Schulze* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. CRANE, J., dissents and votes to reverse judgment of the Appellate Division and to affirm that of Special Term. Not sitting: KELLOGG, J.